

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NS:EAG/MEF
F. #2018R01021

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 3, 2019

By Hand and ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Bosco, et al.
              Criminal Docket No. 19-443 (CBA)

Dear Judge Scanlon:

      The government respectfully moves for an order unsealing the indictment and arrest warrants as to all defendants in the above-captioned matter.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

                By:       /s/
                            Elizabeth Geddes
                            Megan E. Farrell
                            Assistant U.S. Attorneys
                            (718) 254-6430/6448

Enclosure

cc:    Clerk of Court (by ECF)
        All Counsel (by ECF)

NS:EAG/MEF
F.# 2018R01021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANTHONY BOSCO,
NICHOLAS BOSCO and
JOSEPH BOSCO
    also known as "Rocky,"

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

P R O P O S E D   O R D E R

CR 19-443 (CBA)

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, for an order unsealing the indictment and arrest warrants in the above-captioned matter as to all defendants.

        WHEREFORE, it is ordered that the indictment and arrest warrants in the above-captioned matter be unsealed as to all defendants.

Dated:   Brooklyn, New York
           10/3/, 2019

                                      s/ Scanlon
                              HONORABLE VERA M. SCANLON
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK