## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   VERA SCANLON                         DATE:  10/3/19

DOCKET NUMBER:  19 CR 443 (CBA)                         LOG #:  5:06 – 5:58

DEFENDANT'S NAME:  JOSEPH BOSCO
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:  Patrick Parrotta
___ Federal Defender   ___ CJA   ✓ Retained

A.U.S.A:  LIZ GEDDES / MEGAN FARRELL          CLERK: K Quinlan / L Hugh/ E Williams

INTERPRETER: _____ (Language) _____

- **X**  Defendant arraigned on the: **X** indictment  ___ superseding indictment  ___ probation violation
- **X**  Defendant pleads NOT GUILTY to ALL counts.
- ___ DETENTION HEARING Held.  **X**  Defendant's first appearance.
  - ✓ Bond set at $500,000.  Defendant ✓ released  ___ held pending satisfaction of bond conditions.
  - ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  - **1** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued.  Bail Hearing set for _____
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- **X** Order of Excludable Delay/Speedy Trial entered.  Start 10/3/19   Stop 10/15/19
- ___ Medical memo issued.
- ___ Defendant failed to appear, bench warrant issued.
- ✓ Status conference set for 10/15/19 @ 10:00am before Judge Amon

Other Rulings: Formal reading of indictment waived