*LAW OFFICES OF*
# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com

December 4, 2019

<u>VIA ECF</u>

Hon. Carol Bagley Amon
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re: <u>USA v. Bosco, et. al</u>
           1:19-cr-00443-CBA-3

Dear Judge Amon:

  I am respectfully requesting permission for Joseph Bosco to spend Christmas Day at his brother's home. His brother Christopher Bosco resides at 348 Bradford Ave, Staten Island, New York. If the Court grants permission, he would visit his brother at that address between the hours of 2:00 P.M and 9:00 P.M. Additionally Mr. Bosco seeks permission to spend New Years Eve with his son Joseph Bosco Jr. at his home located at 91 Demopolis Avenue, Staten Island, New York. If granted permission by the Court, he would visit between the hours of 6:00 P.M and 1:00 A.M.

  Lastly, Mr. Bosco's wife is a cancer patient and she has multiple doctor appointments scheduled, for which Mr. Bosco would like to accompany her. There are two appointments scheduled for December 11, 2019 at 1:00 P.M. and 3:00 P.M. at Sloan Memorial Kettering Cancer Center in Manhattan. There is a third appointment scheduled for January 6, 2020 at Weill Cornell Medical Center at 4:30 P.M. Mr. Bosco would require time to pick his wife up from her place of employment at 30 Natick Street, Staten Island, New York and travel to the aforementioned locations.

  I have spoken with AUSA Elizabeth Geddes and she has no objection to this request. I have communicated with Pre- Trial Officer Ramel Moore who has no objection. Officer Moore stated if the Court grants the request for Mr. Bosco to accompany his wife to the medical appointments, the Pre- Trial office will provide Mr. Bosco with a schedule to travel to and from the appointment and Mr. Bosco will provide documentation from Sloan Memorial Kettering Cancer Center and Weille Cornell Medical Center to confirm his wife's appointments as well as his attendance that he was with her at the appointment.

  Thank you for your consideration.

                Respectfully submitted,

                Murray Richman, Esq.

cc: AUSA Elizabeth Geddes
  Pre- Trial Officer Ramel Moore via email Ramel_Moore@nyept.uscourts.gov